**Certification Pursuant to Federal Securities Laws**

1. I, David D'Agostino, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Innodata Inc. ("Innodata" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Innodata Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Innodata Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Exhibit 1 is a list of all of my transactions in Innodata Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 / 20 / 2024

*David D'Agostino (signature)*

David D'Agostino

# Exhibit 1

Doc ID: a9c68471cabd8204ef40b262a8c9cb9a6901473c

**Class Period Common Stock Transactions**

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 1/30/24 | Bought | 400 | $10.91 |
| 1/30/24 | Bought | 41 | $10.75 |
| 1/30/24 | Bought | 600 | $10.91 |
| 1/30/24 | Bought | 359 | $10.91 |
| 1/31/24 | Bought | 600 | $11.19 |
| 2/9/24 | Sold | -200 | $11.65 |
| 2/9/24 | Sold | -200 | $11.65 |
| 2/9/24 | Sold | -1 | $11.65 |
| 2/9/24 | Sold | -99 | $11.65 |
| 2/9/24 | Sold | -40 | $11.66 |
| 2/9/24 | Sold | -60 | $11.66 |
| 2/9/24 | Sold | -300 | $11.66 |
| 2/9/24 | Sold | -100 | $11.66 |
| 2/12/24 | Bought | 100 | $11.95 |
| 2/12/24 | Bought | 45 | $11.95 |
| 2/12/24 | Bought | 202 | $11.95 |
| 2/12/24 | Bought | 98 | $11.95 |
| 2/12/24 | Bought | 55 | $11.95 |
| 2/13/24 | Bought | 19 | $10.96 |
| 2/13/24 | Bought | 100 | $10.96 |
| 2/13/24 | Bought | 100 | $10.96 |
| 2/13/24 | Bought | 281 | $10.96 |
| 2/14/24 | Sold | -115 | $11.53 |
| 2/14/24 | Sold | -2 | $11.53 |
| 2/14/24 | Sold | -383 | $11.53 |