# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID D'AGOSTINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INNODATA INC., JACK ABUHOFF, MARK SPELKER, and MARISSA ESPINELI,<br><br>    Defendants. | Case No. 2:24-cv-971-JKS-JSA<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT**

WHEREAS this matter having been brought to the Court upon the request of Lead Plaintiff Francis Grondin, with the consent of Defendants Innodata Inc., Jack Abuhoff, Mark Spelker, and Marissa Espineli, to allow Lead Plaintiff to file the proposed Second Amended Complaint, and for good cause shown,

IT IS HEREBY ORDERED on this _____ day of _____ 2025, as follows:

1.      Lead Plaintiff's motion for leave to file the Second Amended Complaint is GRANTED;

2.      Lead Plaintiff is directed to file the Second Amended Complaint in the form annexed as Exhibit A to the motion;

3.      The Scheduling Order (ECF No. 37) setting the deadlines for responsive motions to the operative complaint shall remain in effect, requiring Lead Plaintiff to file an opposition to any responsive motion(s) on or before April 21, 2025, and Defendants to file any reply brief(s) in further support of any responsive motion(s) on or before May 21, 2025.

_____
Honorable Jamel K. Semper
United States District Judge