**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DAVID D'AGOSTINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INNODATA INC., JACK ABUHOFF, MARK SPELKER, and MARISSA ESPINELI,<br><br>Defendants. | Case No. 2:24-cv-971-JKS-JSA<br><br>**CLASS ACTION** |

**ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT**

WHEREAS this matter having been brought to the Court upon the request of Lead Plaintiff Francis Grondin, with the consent of Defendants Innodata Inc., Jack Abuhoff, Mark Spelker, and Marissa Espineli, to allow Lead Plaintiff to file the proposed Second Amended Complaint, and for good cause shown,

IT IS HEREBY ORDERED on this __8th__ day of __April__ 2025, as follows:

1.     Lead Plaintiff's motion for leave to file the Second Amended Complaint is GRANTED;

2.     Lead Plaintiff is directed to file the Second Amended Complaint in the form annexed as Exhibit A to the motion~~,~~ on or before April 11, 2025. (*)

3.     The Scheduling Order (ECF No. 37) setting the deadlines for responsive motions to the operative complaint shall remain in effect, requiring Lead Plaintiff to file an opposition to any responsive motion(s) on or before April 21, 2025, and Defendants to file any reply brief(s) in further support of any responsive motion(s) on or before May 21, 2025.

_____
~~Honorable Jamel K. Semper~~ Jessica S. Allen
United States ~~District Judge~~
Magistrate

(*) Consistent with the representations of Plaintiff in his supporting motion papers, (see ECF 46 at 4), Defendants' pending motions to dismiss (ECF Nos. 41+ 42) are hereby terminated. Defendants shall promptly file renewed motions to dismiss after Plaintiff files the amended complaint. Opposition and reply papers shall be filed in accordance with the parties' prior stipulation. (See ECF No. 37).