Michael Doluisio, N.J. Bar No. 032791994
Stuart Steinberg (*pro hac vice*)
Steven Oberlander (*pro hac vice*)
**DECHERT LLP**
Cira Centre
2929 Arch St.
Philadelphia, Pennsylvania 19104
(215) 994-2325
michael.doluisio@dechert.com
stuart.steinberg@dechert.com
steven.oberlander@dechert.com

*Counsel for Defendant Mark Spelker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID D'AGOSTINO, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> INNODATA, INC., JACK ABUHOFF, MARK SPELKER, and MARISSA ESPINELI. <br><br> *Defendants*. | Civil Action No.: 2:24-cv-00971-JKS-JSA <br><br> Motion Day: June 2, 2025 <br><br> ORAL ARGUMENT REQUESTED |

## NOTICE OF DEFENDANT MARK SPELKER'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

TO:   James E. Cecchi
      Donald A. Ecklund
      Kevin G. Cooper
      CARELLA BYRNE CECCHI BRODY & AGNELLO
      5 Becker Farm Road
      Roseland, NJ 07068

1

**PLEASE TAKE NOTICE** that in accordance with the Stipulation and Order entered on November 8, 2024 (Dkt. No. 37), the undersigned attorneys for Defendant Mark Spelker shall move before this Court on June 2, 2025, or as soon thereafter as counsel may be heard, at the United States District Court for the District of New Jersey, located in the Martin Luther King Building & U.S. Courthouse at 50 Walnut Street, Newark, New Jersey, 07102, for an Order dismissing Plaintiff's Second Amended Class Action Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6); and

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendant Mark Spelker shall rely on the accompanying Memorandum of Law in Support of his Motion to Dismiss and all other pleadings filed in this action, and a proposed form of Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that Defendant Mark Spelker respectfully requests Oral Argument in connection with this Motion in the event timely opposition is filed, pursuant to Local Civil Rule 78.1(b).

Respectfully submitted,

DATED: April 14, 2025              /s/ Michael Doluisio
                                                           Michael Doluisio, N.J. Bar No. 032791994
                                                           Stuart Steinberg (*pro hac vice*)
                                                           Steven Oberlander (*pro hac vice*)
                                                           **DECHERT LLP**
                                                           Cira Centre
                                                           2929 Arch St.
                                                           Philadelphia, Pennsylvania 19104
                                                           (215) 994-2325
                                                           michael.doluisio@dechert.com
                                                           stuart.steinberg@dechert.com
                                                           steven.oberlander@dechert.com

                                                           *Counsel for Defendant Mark Spelker*