**MORGAN, LEWIS & BOCKIUS LLP**
(*A Pennsylvania Limited Liability Partnership*)
Harvey Bartle IV
502 Carnegie Center
Princeton, NJ 08540
Tel:  609-919-6600
Fax:  609-919-6701
*Attorneys for Defendants Innodata Inc.,*
*Jack Abuhoff, and Marissa Espineli*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID D'AGOSTINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INNODATA INC., JACK ABUHOFF, MARK SPELKER, and MARISSA ESPINELI,<br><br>Defendants. | Case No. 2:24-cv-971-JKS-JSA<br><br>**<u>CLASS ACTION</u>** |

## DEFENDANTS' NOTICE IN SUPPORT OF MOTION TO DISMISS

Defendants Innodata Inc. ("Innodata" or the "Company"), Jack Abuhoff, and Marissa Espineli (the "Individual Defendants") (together with Innodata, "Defendants") respectfully submit this notice in further support of their Motion to Dismiss Plaintiff David D'Agostino's Second Amended Complaint ("SAC"), (Dkt. No. 49), to inform the Court that Innodata recently filed a Form 8-K with the

1

Securities and Exchange Commission ("SEC") announcing that both the SEC and Department of Justice ("DOJ") have closed their investigations of the Company without taking any enforcement action.  *See* Ex. A (06/18/2025 Form 8-K).[1]

The SAC expressly references the Company's prior public disclosure of those investigations. *See* SAC ¶¶ 148-51 (Dkt. No. 48). And Plaintiff relied on the mere existence of the investigations to support his claims, asserting on the *very first page* of his opposition brief that "[b]oth the Securities and Exchange Commission and the Department of Justice are investigating Innodata for the very same allegations made in this action." Opp. at 1 (Dkt. No. 51).  Plaintiff, having invoked the existence of these investigations to bolster the perceived seriousness of his allegations, cannot now credibly contend that the subsequent closure of both investigations is irrelevant. *See id.*

While the existence of government investigations – standing alone – would have been inadequate as a matter of law to support a strong inference of scienter (*see* Defs.' Reply Brief at 14 (Dkt. No. 54); *see also City of Austin Police Ret. Sys. v. ITT Educ. Servs., Inc.*, 388 F. Supp. 2d 932, 942 (S.D. Ind. 2005) ("[T]he mere existence of that investigation cannot support any inferences of fraudulent scienter[.]")), the fact that *both* the SEC and DOJ have now independently concluded their

---

[1]  This filing is also available at https://www.sec.gov/ix?doc=/Archives/edgar/data/903651/ 000110465925060634/ tm2518313d1_8k.htm (last visited June 20, 2025).

investigations *without any enforcement action* underscores the lack of merit in

Plaintiff's claims and further supports dismissal.

Dated:  June 24, 2025                    Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Harvey Bartle IV*
Harvey Bartle IV (NJ ID No. 028792003)
502 Carnegie Center
Princeton, NJ 08540-6241
Tel: (609) 919.6600
harvey.bartle@morganlewis.com


– and –

Michael D. Blanchard (admitted *pro hac vice*)
Christopher M. Wasil (admitted *pro hac vice*)
One State Street
Hartford, CT 06103
Tel: (860) 240-2700
michael.blanchard@morganlewis.com
christopher.wasil@morganlewis.com

*Attorneys for Defendants Innodata Inc., Jack*
*Abuhoff, and Marissa Espineli*

3

## CERTIFICATE OF SERVICE

I, Harvey Bartle IV, hereby certify that on June 24, 2025, I served the foregoing Notice in Support of Motion to Dismiss by filing the same via ECF to distribute to all counsel of record.

/s/ *Harvey Bartle IV*
Harvey Bartle IV