NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID D'AGOSTINO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>    v.<br><br>INNODATA INC., JACK ABUHOFF, MARK SPELKER, and MARISSA ESPINELI,<br><br>    *Defendants.* | Civil Action No. 24-971<br><br>**ORDER**<br><br>April 27, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court on Defendants Innodata, Inc., Jack Abuhoff, and Marissa Espineli's (collectively, the "Innodata Defendants") and Defendant Mark Spelker's respective Motions to Dismiss Lead Plaintiff Francis Grondin's Second Amended Complaint (ECF 49, "Innodata's Motion to Dismiss" or "Innodata Mot."; ECF 50, "Spelker's Motion to Dismiss" or "Spelker MTD"; ECF 48, "Second Amended Complaint" or "SAC"), and the Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated April 27, 2026,

**IT IS** on this 27th day of April, 2026,

**ORDERED** that the Innodata Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Defendant Spelker's Motion to Dismiss is **GRANTED**; and it is further

1

**ORDERED** Plaintiff's Second Amended Complaint is hereby **DISMISSED without prejudice**.

/s/ *Jamel K. Semper*
**Hon. Jamel K. Semper**
**United States District Judge**

Orig:  Clerk
cc:      Jessica S. Allen, U.S.M.J.
          Parties

2