# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID D'AGOSTINO, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-971-JKS-JSA |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| INNODATA INC., JACK ABUHOFF, MARK SPELKER, and MARISSA ESPINELI, | |
| Defendants. | |

## STIPULATION AND ORDER

Lead Plaintiff Francis Grondin ("Plaintiff") and Defendants Innodata Inc., Jack Abuhoff, Mark Spelker, and Marissa Espineli ("Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on February 21, 2024, David D'Agostino commenced this action by filing a Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 1);

WHEREAS, on October 30, 2024, the Court issued an Order appointing Plaintiff as Lead Plaintiff and appointing Block & Leviton LLP as Lead Counsel and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Local Counsel for the class (Dkt. 33);

WHEREAS, on April 10, 2025, Plaintiff filed a Second Amended Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 48) (the "SAC");

WHEREAS, on April 11, 2025, Defendants Innodata Inc., Jack Abuhoff, and Marissa Espineli filed a Motion to Dismiss the SAC (Dkt. 49), and on April 14, 2025, Defendant Mark Spelker filed a Motion to Dismiss the SAC (Dkt. 50) (collectively, the "Motions to Dismiss");

WHEREAS, on April 27, 2026, the Court entered an Order granting the Motions to Dismiss and dismissing the SAC without prejudice (Dkt. 59) (the "Order");

WHEREAS, Plaintiff has elected not to file a further amended complaint or an appeal of the Order; and

WHEREAS, the Parties agree that this litigation was not brought or defended in bad faith or without a reasonable basis, by the Parties or their counsel, in violation of Rule 11 of the Federal Rules of Civil Procedure;

IT IS HEREBY STIPULATED AND AGREED:

1.    That this action is dismissed with prejudice, with the Parties bearing their own fees, costs, and expenses;

2.    That Plaintiff will not file an appeal of the Order; and

3.    That the Parties and their counsel at all times complied with and satisfied the requirements of Fed. R. Civ. P. 11.

Dated: June 10, 2026                    Respectfully submitted,


/s/ *James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
JCecchi@carellabyrne.com
DEcklund@carellabyrne.com
KCooper@carellabyrne.com

*Local Counsel for Lead Plaintiff Francis Grondin*

Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
617-398-5600
jeff@blockleviton.com
jake@blockleviton.com

*Lead Counsel for Lead Plaintiff Francis Grondin*

/s/ *Harvey Bartle IV*
Harvey Bartle IV
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540
609-919-6600
harvey.bartle@morganlewis.com

– and –

Michael D. Blanchard (*pro hac vice*)

Christopher M. Wasil (*pro hac vice*)
One State Street
Hartford, CT 06103
860-240-2700
michael.blanchard@morganlewis.com
christopher.wasil@morganlewis.com

*Attorneys for Defendants Innodata Inc.,*
*Jack Abuhoff, and Marissa Espineli*

*/s/ Michael Doluisio*

Michael Doluisio
Stuart Steinberg (*pro hac vice*)
Steven Oberlander (*pro hac vice*)
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-2325
michael.doluisio@dechert.com
stuart.steinberg@dechert.com
steven.oberlander@dechert.com

*Counsel for Defendant Mark Spelker*

SO ORDERED THIS ___11th___ day of ___June_____, 2026.

*/s/ Jamel K. Semper*

THE HONORABLE JAMEL K. SEMPER
UNITED STATES DISTRICT JUDGE